# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER AMENDING** |
| ) | **CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | |
| Crystelle Gina Nieblas, ) | Case No.: 1:13-cr-077-19 |
| ) | |
| Defendant. ) | |
| ) | |

IT IS **ORDERED** that defendant Crystelle Gina Nieblas' existing conditions of release set in the Central District of California on May 6, 2013 (Docket No. 171-5) are amended as follows: The additional condition providing that Defendant shall avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including by not limited to the codefendants is amended to include the exception that defendant may have contact with the father of her child, Jeffrey Paul Mattis, regarding matters not related to this case.

The additional existing conditions of release remain in effect.

Dated this 17th day of May, 2013.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court