**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | |
| McKenzie Marie Johnson, | ) | Case No. 1:13-cr-077 |
| | ) | |
| Defendant. | ) | |

On May 17, 2013, the defendant appeared for her initial appearance and arraignment. Appearing on behalf of the United States was AUSA Brandi Sasse-Russell. Attorney Craig Richie appeared on the defendant's behalf.

Prior to her initial appearance, defendant was incarcerated by the State of North Dakota at the Morton County Jail in Mandan, North Dakota. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), the defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

During the hearing, the defendant's rights under the IADA to continued federal custody until the charges set forth in the indictment are adjudicated were explained to her. The defendant knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA in open court and stipulated to her continued housing by the State of North Dakota (the "sending state" under the IADA) at Morton County Jail pending her release from State custody, at which point defendant will be released from federal custody subject to the conditions outlined in the Order Setting Conditions of Release. The United States concurred in this stipulation.

1

Based on the foregoing stipulation of the defendant and the United States and the defendant's wavier of the anti-shuttling provisions of the IADA, **IT IS HEREBY ORDERED** that the defendant be housed in the "sending state" under the IADA, at the Morton County Jail in Mandan, North Dakota until her State sentence expires. Further, pursuant to the defendant's waiver, the return of the defendant to her place of incarceration shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the indictment.

Dated this 17th day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
